# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:01-CR-00244 |
| Makale Mason Williams | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 10/03/2014

/s/
*Attorney's signature*

Tobias D. Tobler (D.C.1015273)
*Printed name and bar number*

Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

tobias.tobler@usdoj.gov
*E-mail address*

(703) 299-3814
*Telephone number*

(703) 299-3980
*FAX number*